**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 21-6881**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

JUSTIN COLE MILAM,

Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Louise W. Flanagan, District Judge.  (5:17-cr-00265-FL-1; 5:20-cv-00079-FL)

_____

Submitted:  July 20, 2022                                    Decided:  August 5, 2022

_____

Before MOTZ, AGEE, and HARRIS, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Deborrah Lynn Newton, NEWTON LAW, Raleigh, North Carolina, for Appellant.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Justin Cole Milam, through counsel, seeks to appeal the district court's order accepting the recommendation of the magistrate judge and denying relief on Milam's 28 U.S.C. § 2255 motion.  The order is not appealable unless a circuit justice or judge issues a certificate of appealability.  *See* 28 U.S.C. § 2253(c)(1)(B).  A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right."  28 U.S.C. § 2253(c)(2).  When the district court denies relief on the merits, a prisoner satisfies this standard by demonstrating that reasonable jurists could find the district court's assessment of the constitutional claims debatable or wrong.  *See Buck v. Davis*, 137 S. Ct. 759, 773-74 (2017).

Limiting our review of the record to the issues raised in Milam's informal brief, we conclude that Milam has not made the requisite showing.  *See* 4th Cir. R. 34(b); *see also Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief.").  Accordingly, we deny a certificate of appealability and dismiss the appeal.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*